1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TIVOLI, LLC, a California limited liability company; NEO-NEON LED USA HOLDINGS, LTD., a British Virgin Islands Limited Company, and AMERICAN LIGHTING, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>TARGETTI SANKEY, S.p.A., an Italian business entity; TARGETTI POULSEN USA, INC., a Florida corporation; DURALAMP, S.p.A., an Italian business entity; HANGZHOU TARGETTI LIGHTING CO., LTD., a Chinese business entity; MARIE BIRMINGHAM a/k/a MARIE PARIS, an individual; GREGORY S. SMITH, an individual; and DOES 1 through 20,<br><br>Defendants.<br><br>And All Counterclaims. | Case No.  SA CV14-01285-DOC (JCGx)<br><br>Assigned to:<br>Honorable Judge David O. Carter<br><br>**ORDER ON STIPULATED FIRST AMENDMENT TO STIPULATION FOR CONFIDENTIALITY ORDER**<br><br>**<u>No hearing required</u>** |

MYERS BERSTEIN LLP
2 EXECUTIVE CIRCLE, SUITE 205
IRVINE, CALIFORNIA 92614

The Court having read the Stipulated First Amendment To Stipulation for Confidentiality Order of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court's April 27, 2015, this court entered an Order On Stipulation For Confidentiality Order, entered April 27, 2015 ("April 15, 2015 Order"), is hereby amended by adding the following Section 15:

15. <u>INADVERTENT PRODUCTION OF PRIVILEGED OR OTHERWISE PROTECTED MATERIAL and clawback</u>

Pursuant to Federal Rule of Evidence, Rule 502(b) and (d) and Federal Rules of Civil Procedure, Rule 26(b)(5), any inadvertent production of any privileged communication or information or attorney work product material ("Privileged Information") shall not constitute a waiver of any associated privilege (e.g., attorney-client privilege, work product, trade secret,etc.) nor result in a subject matter waiver of any kind.  Inadvertent production of any Privileged Information shall be without prejudice to any claims that the Privileged Information is privileged, confidential or protected from disclosure, and shall constitute neither a waiver of any claim of privilege that may otherwise attach thereto nor a general waiver of such claim or privilege.  In the event the party producing the Privileged Information learns that Privileged Information has been inadvertently produced, the party shall immediately notify the party receiving the Privileged Information and the receiving party shall immediately return the Privileged Information (all hard and electronic copies) to the producing party and act pursuant to Rule 26(b)(5)(B) of the Federal Rules of Civil Procedure.  Pursuant to Rule 502(e) of the Federal Rule of Evidence, this stipulation with respect to the effect of disclosure of Privileged Information shall be incorporated into an order of this Court.

2,   The April 15, 2015 Order otherwise shall remain in full force and effect.

Dated: June 18, 2015

_____
THE HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE